UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

HOWARD COHAN,

    Plaintiff,

v.

DSW SHOE WAREHOUSE, INC.,

    Defendant.

Civil Action No. 3:18-cv-1073

JUDGE SHELLY D. DICK

MAG. JUDGE ERIN WILDER-DOOMES

## ORDER

IT IS ORDERED that the Complaint filed by the Plaintiff, Howard Cohan, is dismissed, with prejudice, and with each party to bear their own court costs and attorney's fees.

Baton Rouge, LA 3/2/2020.

*Shelly D. Dick*
UNITED STATES DISTRICT COURT JUDGE

Jury